IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **APRIL REED,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:21-00528-KD-N |
| | ) |
| **MOBILE COUNTY BOARD** | ) |
| **OF SCHOOL COMMISSIONERS,** | ) |
| | ) |
| Defendant. | ) |

### Order

In accordance with the Order entered this date granting the Motion for Summary Judgment filed by Defendant Mobile County Board of School Commissioners, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff April Reed.

**DONE** and **ORDERED** this the 2nd day of **August 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**